DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHANIE VIRGINIA KELLY,**
Appellant,

v.

**JAMES KELLY,**
Appellee.

No. 4D2023-0481

[December 21, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 502021DR009630XXXXNB.

Carl Domino, Jupiter, for appellant.

Philip M. Chopin of Chopin & Chopin, LP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***